WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

R Alexander Acosta,

    Plaintiff,

v.

Austin Electric Services LLC and Toby Thomas,

    Defendants.

No. CV-16-02737-PHX-ROS

**ORDER**

Pursuant to the Parties' Stipulation re Entry of Protective Order Precluding Inquiry Into or Reference to the Immigration Status of Non-Party Witnesses and good cause appearing,

**IT IS ORDERED** the stipulation (Doc.203) is **GRANTED**.

It is **ORDERED** that during Defendants' depositions or interviews of Plaintiff's informant witnesses conducted pursuant to paragraphs U through Y of the Third Amended Scheduling Order (Doc. 102), Defendants or their counsel will not:

(1) Ask whether the informant witness is lawfully present in the United States;

(2) Ask whether the informant witness is lawfully authorized to work in the United States;

(3) Ask the informant witness to provide his/her Social Security Number;

(4) Ask whether the informant witness is a U.S. citizen or foreign national; or

(5) Report the informant witness to any immigration enforcement agency or

suggest to the informant witness that Defendants may do so.

Dated this 15th day of October, 2018.

_____
Honorable Roslyn O. Silver
Senior United States District Judge